UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS (SPRINGFIELD)

In re:                                                                       Chapter 7
Richard A. Cook                                                    Case No.: 17-30580
　　　Debtor
_____/

**MOTION OF HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR DEUTSCHE ALT-A SECURITIES, INC., MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-6 FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. SECTION 362**

HSBC Bank USA, National Association, as Trustee for Deutsche Alt-A Securities, Inc., Mortgage Pass-Through Certificates, Series 2005-6 ("Movant"), a creditor in the above captioned Chapter 7 proceeding, moves this Court for an Order pursuant to 11 U.S.C. §362(d) for relief from the automatic stay of 11 U.S.C. §362(a) so that it may foreclosure a Mortgage which it holds on real property known and numbered as 158 West Main Street, Orange, MA 01364. In support of its motion, Movant states the following:

1.　　On September 29, 2005, Richard A. Cook ("Debtor") executed and delivered a Note (the "Note", a copy of which is attached hereto as Exhibit "A") to America Home Mortgage. The Note is secured by a Mortgage also dated September 29, 2005 and recorded in the Franklin County Registry of Deeds in Book 4956 at Page 137 (the "Mortgage", a copy of which is attached hereto as Exhibit "B"), on real property owned by Debtor and known and numbered as 158 West Main Street, Orange, MA 01364 (the "Real Property").

2.　　Movant is the current holder of the Mortgage by virtue of an Assignment of Mortgage recorded in the Franklin County Registry of Deeds (the "Assignment", a copy of which is attached hereto as Exhibit "C").

3.　　There is no other collateral securing the Note.

4.　　Specialized Loan Servicing LLC services the loan on the Property referenced in this Motion. In the event the automatic stay in this case is modified, this case dismisses, and/or the Debtor obtains a discharge and a foreclosure action is commenced on the mortgaged property, the foreclosure will be conducted in the name of Movant or Movant's successor or assignee. Movant, directly or through an agent, has possession of the Note. The Note is either made payable to Movant or has been duly endorsed. Movant is the original mortgagee or beneficiary or the assignee of the Mortgage/Deed of Trust.

5.　　On July 12, 2017, Debtor filed a petition for relief under Chapter 7 of the United States Bankruptcy Code.

6. As of July 19, 2017, the delinquency owed by Debtor on the Note is $14,967.57. Movant estimates that, if a hearing on this motion is held within thirty days of the date of filing, an additional payment and late charge will come due and owing.

7. According to Debtor's Schedule A, the fair market value of the Real Property is $134,222.00.

8. Movant estimates that the liquidation value is no greater than $134,222.00

9. Upon information and belief, there are the following additional liens or encumbrances on the Real Property; junior mortgage to CitiMortgage in the amount of $8,324.00

10. As of July 19, 2017 the total outstanding balance owed on the Note was $134,527.71

11. The estimated total amount of encumbrances on the Real Property is $142,851.71.

12. Debtor's Statement of Intent indicates an intention to surrender the Real Property.

13. Movant is entitled to relief from the automatic stay for cause pursuant to 11 U.S.C. §362(d)(1) because Debtor has not made payments pursuant to the Note and Mortgage.

14. Movant is entitled to relief from the automatic stay for cause pursuant to 11 U.S.C. §362(d)(2) as there is no equity in the Real Property, and it is not necessary for Debtor's effective reorganization.

WHEREFORE, Movant moves that the Court enter an Order granting Movant relief from the automatic stay pursuant to 11 U.S.C. §362(d) so that it, and its successors and assigns, may proceed to exercise its rights pursuant to the Note and Mortgage. They may also proceed according to applicable state and federal law and to commence a summary process action against occupants of the Real Property.

|  |  |
|---|---|
|  | HSBC Bank USA, National Association, as Trustee for Deutsche Alt-A Securities, Inc., Mortgage Pass-Through Certificates, Series 2005-6<br>By its attorneys, |
| Date: July 24, 2017 | /s/ Joseph Dolben, Esq.<br>Joseph Dolben, Esq., #673113<br>Marinosci Law Group, P.C.<br>275 West Natick Road, Suite 500<br>Warwick, RI  02886<br>Telephone:  (401) 234-9200 |

Document    Page 3 of 4

UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS (SPRINGFIELD)

In re:                                                              Chapter 7
Richard A. Cook                                            Case No.: 17-30580
    Debtor
_____/

## CERTIFICATE OF SERVICE

    I, Joseph Dolben, Esq., of Marinosci Law Group, P.C., do hereby certify that on July 24, 2017, I served a copy of the Motion for Relief and Proposed Order on the attached service list by mailing a copy of same by first class mail, postage prepaid or other method specified on service list.

    Signed this 24th day of July, 2017

/s/ Joseph Dolben, Esq.
Joseph Dolben, Esq., #673113
Marinosci Law Group, P.C.
275 West Natick Road, Suite 500
Warwick, RI 02886
Telephone: (401) 234-9200

VIA ECF
Thomas L. McLaughlin, Esq., on behalf of Debtor
Richard King, , Esq., on behalf of the U.S. Trustee
Gary M. Weiner, , Esq., on behalf of the Trustee

VIA US MAIL
**Richard A. Cook**
19 Hampton Avenue, second floor
Orange, MA 01364

Town of Orange - Tax Collector
6 Prospect Street
Orange, MA 01364

CitiMortgage, Inc.
PO Box 6243
Sioux Falls, SD 57117

UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS (SPRINGFIELD)

In re:                                                                  Chapter 7
Richard A. Cook                                                  Case No.:  17-30580
    Debtor
_____/

**ORDER RE:  MOTION OF HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR DEUTSCHE ALT-A SECURITIES, INC., MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-6 FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. SECTION 362**

HSBC Bank USA, National Association, as Trustee for Deutsche Alt-A Securities, Inc., Mortgage Pass-Through Certificates, Series 2005-6 ("Movant"), by and through its attorneys, Marinosci Law Group, P.C., having filed for Relief From Stay regarding real property known and numbered as 158 West Main Street, Orange, MA 01364 notice having been given and good cause appearing therefore, it is hereby ORDERED that the Motion of Movant for Relief From Stay is allowed and Movant is granted relief from the automatic stay pursuant to 11 U.S.C. §362(d) so that it, and its successors and assigns, may proceed to exercise its rights pursuant to the Note and Mortgage and applicable state and federal law and to commence a summary process action against occupants of that property.  This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Bankruptcy Code.

    At _____ this _____ day of _____, 2017

_____
U.S. BANKRUPTCY JUDGE